UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
November 14, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
                    DEPUTY

**MEHDI MORADI,** §
§
Petitioner, §
§
v. §
§
**ROSE THOMPSON *et al.*,** §      CIVIL NO. SA-25-CV-1470-OLG
§
Respondents. §

## O R D E R

On November 12, 2025, Petitioner Mehdi Moradi filed a Petition for a Writ of Habeas Corpus (Dkt. No. 1) pursuant to 28 U.S.C. § 2241. At that time, Petitioner also filed a Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. No. 2).

Upon consideration, **IT IS ORDERED** that the Clerk of Court shall send copies of the Petition (Dkt. No. 1), Motion (Dkt. No. 2), and this Order by U.S. Certified Mail Return Receipt Requested to the Office of the United States Attorney on behalf of all Respondents at the following addresses:

**Mary F. Kruger**
**U.S. Attorney's Office**
**Chief, Civil Division**
**601 NW Loop 410, Suite 600**
**San Antonio, Texas 78216**

**Rose Thompson**
**Karnes County Residential Center**
**409 FM 1144**
**Karnes City, Texas 78118**

Absent further order of the Court, such deliveries will constitute sufficient service of process upon all Respondents.

**IT IS FURTHER ORDERED** that Respondents shall file responses to the Petition (Dkt. No. 1) and Motion (Dkt. No. 2) within **fourteen (14) days** of service.

**IT IS FURTHER ORDERED** that, if Petitioner elects to file replies, Petitioner may do so no later than **seven (7) days** after Respondents file their responses.

**SIGNED** this 14th day of November, 2025.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE